IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

    Plaintiff,                    No. 2:09-cv-3584-KJN P

    vs.

DEPUTY VANG,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was reassigned to the undersigned on February 9, 2010.[1] Service of the complaint was thereafter ordered (Dkt. No. 12), and defendant has filed an answer (Dkt. No. 17). The court subsequently found that appointment of counsel for plaintiff is warranted. <u>See</u> Order filed March 2, 1010 (Docket No. 15). The court also found that "[a]ppointed counsel would be tasked with setting forth the pertinent facts and legal claims in an amended complaint pursuant to appropriate motion." (<u>Id</u>. at 3, n. 5.)

        Randall Haimovici has now been selected by random draw from the court's pro bono attorney panel to represent plaintiff.

////

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

Accordingly, IT IS HEREBY ORDERED that:

1. Randall Haimovici is appointed to represent plaintiff.

2. On or before June 4, 2010, plaintiff shall file an amended complaint or a notice that he intends to proceed on the original complaint.

3. Should plaintiff file an amended complaint, defendant shall file an answer within fourteen days thereafter.

4. Should plaintiff chose to proceed on his original complaint, the court will set this matter for status conference.

5. Randall Haimovici shall notify Sujean Park, Alternative Dispute Resolution Coordinator, at 916-930-4278, if he has any questions related to his appointment or associated expenses.

6. The Clerk of Court is directed to serve a copy of this order upon all parties, including Randall Haimovici, at Shook Hardy & Bacon, 333 Bush Street, Suite 600, San Francisco, CA 94104.

SO ORDERED.

DATED: April 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chri3584.31