IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

      Plaintiff,              No. 2:09-cv-3584 KJN P

   vs.

DEPUTY VANG,

      Defendant.        <u>ORDER</u>

_____/

      On April 14, 2010, this court appointed counsel to represent plaintiff, a state prisoner, in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Dkt. No. 18.) The court directed plaintiff's counsel to file an amended complaint or to inform the court that plaintiff would be proceeding on the original complaint. On June 4, 2010, plaintiff's counsel timely informed the court that plaintiff would be proceeding on the original complaint. (Dkt. No. 19.) Defendant has already filed an answer to the original complaint. (Dkt. No. 17.) Therefore, the parties will be directed to file a joint status report setting forth the information below. Upon receipt of the joint status report, the court will determine whether it is necessary to convene a status conference before issuing an initial scheduling order.

////

////

The joint status report shall address the following matters, mutually agreed upon by the parties to the extent possible:

1. Suggested deadline for initial disclosures and disclosure of expert witnesses;

2. Suggested deadline for completing discovery, including an earlier deadline for filing discovery motions if needed;

3. Suggested deadline for filing any dispositive motions, identifying the motions that are anticipated by each party;

4. Suggested trial dates and estimated length of trial;

5. Anticipated modification of standard procedures due to the relative simplicity or complexity of this action, or of plaintiff's personal needs;

6. Whether a settlement conference should be scheduled and, if so, whether the parties are willing to consent to the magistrate judge conducting such conference;

7. Any other matters that may contribute to the just and expeditious disposition of this matter.

The joint status report shall be filed on or before June 25, 2010.

Upon review of the joint status report, the court will issue a scheduling order or schedule a status conference.

In addition to the above, the Clerk of Court is directed to again send to both parties the standard form for indicating whether they consent to the jurisdiction of the magistrate judge for all purposes.

SO ORDERED.

DATED: June 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chri3584.SRs