1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT CHRISTOPHER,<br><br>     Plaintiff,<br><br>     v.<br><br>DEPUTY VANG,<br><br>     Defendant. | Case No. 2:09-cv-3584 KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES** |

    Pursuant to Local Rule 143 and 144, the parties in the above caption case stipulate to a 30 day extension for the deadline for disclosure of expert witness until April 4, 2011. Currently, the deadline for this disclosure is March 1, 2011. This is the first extension sought by the parties, and no previous extension has been requested. Plaintiff is attempting to identify and retain expert witnesses willing travel to California State Prison, Corcoran and to examine Delbert Christopher, and the procedures to obtain such witnesses require additional pleadings to be filed before retaining experts, including a request for authority to incur costs.

1

Stipulation and [Proposed] Order
Case No. 2:09-CV-3584 KJN (PC)

201047 V1

| | |
|---|---|
| Dated:  February 4, 2011 | Respectfully submitted,<br><br>SHOOK, HARDY & BACON L.L.P<br><br>By: _/s/_____<br>    INA D. CHANG<br><br>Attorneys for Plaintiff<br>DELBERT CHRISTOPHER<br><br><br>By: _/s/_____<br>    GREGORY P. EINHORN<br><br>Attorneys for Defendant<br>DEPUTY VANG |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE