IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

    Plaintiff,                                No. 2:09-cv-3584-KJN P

    vs.

DEPUTY VANG,

    Defendant.                              ORDER

_____/

        Plaintiff is a state prisoner proceeding with appointed counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's counsel has filed two requests to incur litigation expenses. The purposes and amounts are as follows:

    1. Expert medical consultant and witness to review plaintiff's medical files, conduct a medical examination of plaintiff, and assess the extent of plaintiff's injuries and damages; not to exceed $5000. (Dkt. No. 31.)

    2. Expert witness with specialized knowledge of the use of force by correctional officers, and the underlying policies and procedures, to review and testify on plaintiff's excessive force claims; not to exceed $3000. (Dkt. No. 32.)

        Plaintiff's counsel has, to date, sought no other expenses from this court, and represents that he will seek reasonably to limit the requested expenditures. In addition, plaintiff agrees to reimburse the court for these expenses, to the extent possible, from the proceeds of any recovery or settlement plaintiff may obtain in this action.

1       The court finds the requested expenses reasonably necessary for the prosecution
2 and resolution of this case.  Plaintiff, who is physically and mentally disabled, relied on another
3 inmate to initiate this case; that inmate, pending transfer to another institution, assisted plaintiff
4 in obtaining court-appointed counsel.  The extent of plaintiff's disabilities, including some
5 alleged difficulties in communicating, underscore the importance of obtaining expert opinions in
6 this case.
7       Accordingly, for good cause shown, plaintiff's requests (Dkt. Nos. 31, 32) are
8 hereby granted.  The requested total expenditure of $8000.00, is approved, subject to the
9 requirements and limitations set forth herein.
10       SO ORDERED.
11 DATED: February 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chri3584.expenses.