UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT CHRISTOPHER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPUTY VANG,<br><br>　　　　　Defendant. | Case No. 2:09-cv-3584 KJN P<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISLCOSURE OF EXPERT WITNESSES** |

　　　　　Pursuant to Local Rule 143 and 144, the parties in the above caption case stipulate to a 45 day extension for the deadline for disclosure of expert witness until May 19, 2011.  Currently, the deadline for this disclosure is April 4, 2011.  This is the second extension sought by the parties.  The expert witness disclosures were initially due March 1, 2011 and Plaintiff requested an initial extension to retain an expert witness willing to travel to California State Prison, Corcoran and to file a request for authority to incur costs needed to retain such an expert.   Plaintiff has received such authority to incur costs and has identified experts in this case; however, Plaintiff is in the process of arranging for an expert to examine Delbert Christopher at California State Prison, Corcoran and to obtain medical records from that facility.

1

201047 V2

| | |
|---|---|
| Dated: March 17, 2011 | Respectfully submitted, |
| | SHOOK, HARDY & BACON L.L.P |
| | By: /s/ Ina D. Chang |
| |     INA D. CHANG |
| | Attorneys for Plaintiff |
| | DELBERT CHRISTOPHER |
| | By: /s/ Gregory P. Einhorn |
| |     GREGORY P. EINHORN |
| | Attorneys for Defendant |
| | DEPUTY VANG |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 21, 2011

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

201047 V2