IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

     Plaintiff,                      No. 2:09-cv-3584 KJN P

    vs.

DEPUTY VANG,                     THIRD STIPULATION AND [PROPOSED]
                                              ORDER TO EXTEND DEADLINE FOR
                                              DISCLOSURE OF EXPERT WITNESSES
     Defendant.
_____/

        Pursuant to Local Rule 143 and 144, the parties in the above-captioned case stipulate to a 45-day extension for the deadline for disclosure of expert witnesses until July 5, 2011. Currently, the deadline for this disclosure is May 19, 2011. This is the third extension sought by the parties. The expert witness disclosures were initially due March 1, 2011, and Plaintiff requested an initial extension to retain an expert witness willing to travel to California State Prison, Corcoran, and to file a request for authority to incur costs needed to retain such an expert. Plaintiff has received such authority to incur costs and has identified experts in this case; however, Plaintiff is still in the process of coordinating with the prison facility to arrange for his

////

////

////

1

expert to examine Delbert Christopher at California State Prison, Corcoran, and to obtain medical records pertaining to Plaintiff from that facility.

Dated: May 9, 2011

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

By: /s/ _____
INA D. CHANG

Attorneys for Plaintiff
DELBERT CHRISTOPHER

LAW OFFICES, GREGORY P. EINHORN

By: /s/ _____
GREGORY P. EINHORN

Attorneys for Defendant
DEPUTY VANG

## ORDER

For good cause shown, and pursuant to the instant stipulation, IT IS HEREBY ORDERED that the deadline for disclosure of expert witnesses is extended to July 5, 2011.

DATED: May 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chri3584.eot