IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

    Plaintiff,                    No. 2:09-cv-3584 KJN P

    vs.

DEPUTY VANG,                  **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO MOVE TO COMPEL DISCOVERY**

    Defendant.

_____/

      Pursuant to Local Rule 143 and 144, the parties in the above captioned case stipulate to a 45-day extension for the deadline for motion to compel discovery. Currently the deadline to file a motion to compel is May 16, 2011. This is the first extension sought by the parties on the deadline to move to compel discovery. Plaintiff is an inmate at California State Prison, Corcoran and Plaintiff's counsel is still in the process of coordinating with the California State Prison, Corcoran to obtain Plaintiff's prisoner file and medical records from that facility.

////
////
////
////
////

1

1 | Dated:  May 13, 2011

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

By:___/s/_____
INA D. CHANG

Attorneys for Plaintiff
DELBERT CHRISTOPHER

LAW OFFICES, GREGORY P. EINHORN

By:___/s/_____
GREGORY P. EINHORN

Attorneys for Defendant
DEPUTY VANG

**ORDER**

Pursuant to the instant stipulation, IT IS HEREBY ORDERED that the deadline for discovery is extended to June 30, 2011.

DATED:  May 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chri3584.eot.ddl