IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

     Plaintiff,                     No. 2:09-cv-3584 KJN P

     vs.

DEPUTY VANG,                     STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
                                               TO EXTEND DISCOVERY
     Defendant.
_____/

        Pursuant to Local Rule 143 and 144, the parties in the above caption case stipulate to a 90-day extension for the deadline to conduct discovery until September 29, 2011. Currently, the deadline to conduct discovery is until July 1, 2011. This is the first extension sought by the parties to extend the discovery deadline. Plaintiff's counsel has been in the process of obtaining Plaintiff's medical records and prison file from California State Prison, Corcoran where Plaintiff is currently incarcerated. Plaintiff just recently received these records and the parties request an extension of the discovery deadline to allow sufficient time to review these records and to determine if additional discovery, such as depositions are necessary.

////

////

////

1

1 | Dated: June 14, 2011                         Respectfully submitted,

2 |                                              SHOOK, HARDY & BACON L.L.P

3 |                                              By:___/s/_____
                                                 INA D. CHANG
4 |
                                                 Attorneys for Plaintiff
5 |                                              DELBERT CHRISTOPHER

6 |
                                                 LAW OFFICES, GREGORY P. EINHORN
7 |

8 |                                              By:___/s/_____
                                                 GREGORY P. EINHORN
9 |
                                                 Attorneys for Defendant
10 |                                             DEPUTY VANG

11 |

12 |                         **<u>ORDER</u>**

13 |           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14 | DATED:  June 15, 2011

15 |

16 |                                    _____
                                        KENDALL J. NEWMAN
17 |                                    UNITED STATES MAGISTRATE JUDGE

18 | chri3584.eot.disc