IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

    Plaintiff,                    No. 2:09-cv-3584 KJN P

    vs.

DEPUTY VANG,                    FOURTH STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR

    Defendant.                 DISCLOSURE OF EXPERT WITNESSES

_____/

        Pursuant to Local Rule 143 and 144, the parties in the above-captioned case stipulate to a 90-day extension for the deadline for disclosure of expert witnesses until October 6, 2011.  Currently, the deadline for this disclosure is July 5, 2011.  This is the fourth extension sought by the parties.  The expert witness disclosures were initially due March 1, 2011, and Plaintiff requested an initial extension to retain an expert witness willing to travel to California State Prison, Corcoran (CSPC), obtain records from that facility and to arrange for the expert to examine Delbert Christopher at CSPC.  The parties have just recently received the records from CSPC and Plaintiffs' medical expert has examined Delbert Christopher.  The expert determined that an MRI is necessary to evaluate the injury; however, as the timing of the MRI is left to the

////

////

1

1 discretion of CSPC, it is unclear when the MRI will be conducted.  Given the time it has taken
2 thus far to obtain records and arrange for the initial medical exam, the parties stipulate to a
3 90-day extension of the current expert disclosure deadline.

4 Dated:  June 27, 2011                                           SHOOK, HARDY & BACON L.L.P

5                                                                                    By:___/s/_____
                                                                                              INA D. CHANG
6
                                                                                      Attorneys for Plaintiff
7                                                                                    DELBERT CHRISTOPHER

8
                                                                                      LAW OFFICES, GREGORY P. EINHORN
9

10                                                                                  By:___/s/_____
                                                                                              GREGORY P. EINHORN
11
                                                                                      Attorneys for Defendant
12                                                                                   DEPUTY VANG

13
                                                         **ORDER**
14
                For good cause shown, and pursuant to the instant stipulation, IT IS HEREBY
15
ORDERED that the deadline for disclosure of expert witness is extended to October 6, 2011.
16
DATED:  June 29, 2011
17

18

19

20                                                                          _____
                                                                                      KENDALL J. NEWMAN
21                                                                                   UNITED STATES MAGISTRATE JUDGE

22 chri3584.stip.IV

23

24

25

26