IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

      Plaintiff,                    No. 2:09-cv-3584 KJN P

      vs.

DEPUTY VANG,                       FIRST STIPULATION AND [PROPOSED]
                                                 ORDER TO EXTEND DEADLINE FOR
      Defendant.                 PRETRIAL MOTIONS
_____/

       Pursuant to Local Rule 143 and 144, the parties in the above-captioned case stipulate to a 90-day extension for the deadline to file pretrial motions until October 31, 2011. Currently, the deadline for pretrial motions is August 1, 2011. This is the first extension for the pretrial motion deadline sought by the parties. The parties have received records from California State Prison Corcoran (CSPC) and plaintiff's medical expert has examined Delbert Christopher. The expert determined that an MRI is necessary to evaluate the injury; however, as the timing of the MRI is left to the discretion of CSPC, it is unclear when the MRI will be conducted. Given the time it

////

////

////

1

has taken thus far to obtain records and arrange for the initial medical exam, the parties stipulate to a 90 day extension of the current pretrial motion deadline.

Dated: June 27, 2011

SHOOK, HARDY & BACON L.L.P

By: /s/
INA D. CHANG

Attorneys for Plaintiff
DELBERT CHRISTOPHER

LAW OFFICES, GREGORY P. EINHORN

By: /s/
GREGORY P. EINHORN

Attorneys for Defendant
DEPUTY VANG

**ORDER**

For good cause shown, and pursuant to the instant stipulation, IT IS HEREBY ORDERED that the deadline for filing pretrial motions is hereby extended to October 31, 2011.

DATED: August 1, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chri3584.stip.ptmtn