1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10   DELBERT CHRISTOPHER,                    Case No. 2:09-CV-3584 KJN P

11              Plaintiff,                   **STIPULATION AND [~~PROPOSED~~] ORDER
                                             TO EXTEND DISCOVERY, DISCLOSURE
12        v.                                 OF EXPERT WITNESSES, AND
                                             PRETRIAL MOTIONS DEADLINES**
13   DEPUTY VANG,

14              Defendant.

15

16          Pursuant to Local Rule 143 and 144, the parties in the above-captioned case stipulate to a 90-

17   day extension for the respective deadlines to conduct discovery, to disclose expert witnesses, and for

18   pretrial motions.

19          The parties have previously stipulated to extensions for these deadlines to obtain records

20   from California State Prison Corcoran ("CSP-C"), where Plaintiff Delbert Christopher is currently

21   incarcerated; to retain experts willing to travel to Corcoran; and to schedule a medical exam.    In

22   June 2011, Plaintiff's medical expert examined Mr. Christopher at CSP-C and determined that an

23   MRI is necessary to evaluate the injury.  Plaintiff's counsel has been coordinating with CSP-C to

24   conduct the MRI; however, as the timing of the MRI is left to the discretion of CSP-C, it is unclear

25   when the MRI will be conducted.  Given the time it has taken thus far to obtain records and arrange

26   for the initial medical exam, the parties stipulate to a 90-day extension of the current pretrial

27   deadlines listed below:

28                                                    1

1

2      Currently, the deadline to conduct discovery is September 29, 2011, and the parties stipulate

3 to a 90-day extension to conduct discovery until December 28, 2011.  This is the second extension

4 sought by the parties to extend the discovery deadline.

5      Currently, the deadline for expert witness disclosure is October 6, 2011, and the parties

6 stipulate to a 90-day extension to disclose each party's experts until January 4, 2012.  This is the

7 fifth extension sought by the parties to extend the deadline for expert disclosure.

8      Currently, the deadline for pretrial motions is October 31, 2011, and the parties stipulate to a

9 90-day extension to conduct pretrial motions until January 29, 2012.  This is the second extension

10 for the pretrial motion deadline sought by the parties.

11

12 Dated:  September 23, 2011

     Respectfully submitted,

13      SHOOK, HARDY & BACON L.L.P

14

15      By:____/s/_____
        INA D. CHANG

16

17      Attorneys for Plaintiff
     DELBERT CHRISTOPHER

18

19      By:___/s/_____
        GREGORY P. EINHORN

20

21      Attorneys for Defendant
     DEPUTY VANG

22

23

24

25

26

27

28      2

217653 V1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

PURSUANT TO THE PARTIES' STIPULATION, AND FOR GOOD CAUSE SHOWN, WITH CERTAIN MODIFICATIONS THE AFOREMENTIONED DEADLINES ARE MODIFIED AS FOLLOWS:

Discovery may be conducted until December 28, 2011;

The deadline for expert witness disclosures is extended to January 4, 2012; and

The deadline for filing dispositive motions is extended to March 2, 2012.

SO ORDERED.

DATED:  September 28, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3