UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT CHRISTOPHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEPUTY VANG,<br><br>    Defendant. | Case No. 2:09-CV-3584 KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY, DISCLOSURE OF EXPERT WITNESSES, AND PRETRIAL MOTIONS DEADLINES** |

Pursuant to Local Rule 143 and 144, the parties in the above caption case stipulate to a 30-day extension for the respective deadlines to conduct discovery, to disclose expert witnesses, and for pretrial motions.

The parties have previously stipulated to extensions for these deadlines to obtain records from California State Prison Corcoran (CSPC) where Plaintiff Delbert Christopher is currently incarcerated and to retain experts willing to travel to Corcoran and to schedule a medical exam. In June 2011, Plaintiff's medical expert examined Mr. Christopher at CSPC and determined that an MRI was necessary to evaluate the injury. Plaintiff's counsel has been coordinating with CSPC to receive updated medical files and a copy of the MRI. While Plaintiff has received the requested updated medical records, he has not received a copy of his most recent MRI. The Corcoran Litigation Coordinator has informed Plaintiff's counsel that the medical facility is in the process of

1

copying the MRI disk; however, as such copying must be specially processed, it is being sent to a outside facility. Therefore, more time is needed to receive and review Mr. Christopher's recent MRI results. Given the time it has taken thus far to obtain records, the parties stipulate to a 30-day extension of the current pretrial deadlines listed below:

Currently, the deadline to conduct discovery is December 28, 2011, and the parties stipulate to a 30-day extension to conduct discovery until January 27, 2012. This is the third extension sought by the parties to extend the discovery deadline.

Currently, the deadline for expert witness disclosure is January 4, 2012 and the parties stipulate to a 30-day extension to disclose each party's experts until February 4, 2012. This is the sixth extension sought by the parties to extend the deadline for expert disclosure.

Currently, the deadline for dispositive motions is March 2, 2012 and the parties stipulate to a 30-day extension to conduct pretrial motions until April 2, 2012. This is the third extension for the pretrial motion deadline sought by the parties.

Dated: December 20, 2011

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

By: /s/
    INA D. CHANG

Attorneys for Plaintiff
DELBERT CHRISTOPHER

By: /s/
    GREGORY P. EINHORN

Attorneys for Defendant
DEPUTY VANG

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Date: 12/23/2011**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

222144 V1   STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY, EXPERT DISCLOSURE, AND PRETRIAL MOTION DEADLINES