1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DELBERT CHRISTOPHER,

11          Plaintiff,                    No. 2:09-cv-3584 KJN P

12      vs.

13   DEPUTY VANG,                         STIPULATION AND [PROPOSED] ORDER
                                          TO EXTEND DISCLOSURE OF EXPERT
14          Defendant.                    WITNESSES

15   _____/

16          Pursuant to Local Rule 143 and 144, the parties in the above-captioned case

17   stipulate to a two-week extension to disclose expert witnesses.  The parties have previously

18   stipulated to extensions for this deadline to obtain records from California State Prison Corcoran

19   (CSP-COR), where plaintiff Delbert Christopher is currently incarcerated, and to retain experts

20   willing to travel to Corcoran and to schedule a medical exam.  In June 2011, plaintiff's medical

21   expert examined Mr. Christopher at CSP-COR, and determined that an MRI was necessary to

22   evaluate the injury.  Plaintiff's counsel has been coordinating with CSP-COR to receive updated

23   medical files and a copy of the MRI.  As the parties just recently received copies of the MRI,

24   additional time is needed for the medical experts to evaluate this material for their expert reports.

25   ////

26   ////

                                          1

1    Currently, the deadline for expert witness disclosure is February 4, 2012, and the

2  parties stipulate to a two-week extension, to disclose each party's experts, until February 20,

3  2012.  This is the seventh extension sought by the parties to extend the deadline for expert

4  disclosure.

5                                     Dated:  January 31, 2012

6                                     Respectfully submitted,

7                                     SHOOK, HARDY & BACON L.L.P

8                                     By:___/s/_____ _____

9                                     INA D. CHANG

10                                    Attorneys for Plaintiff

11                                    DELBERT CHRISTOPHER

12                                    By:___/s/_____

13                                    GREGORY P. EINHORN

14                                    Attorneys for Defendant

15                                    DEPUTY VANG

16

17                                    **ORDER**

18       PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties shall have

19  until February 20, 2012, to disclose their expert witnesses.

20  DATED:  February 3, 2012

21

22  _____

    KENDALL J. NEWMAN

23  UNITED STATES MAGISTRATE JUDGE

24  chri3584.EOT.7th

25

26