IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT CHRISTOPHER,

    Plaintiff,                        No. 2:09-cv-3584 KJN P

    vs.

DEPUTY VANG,                      STIPULATION AND [~~PROPOSED~~] ORDER
                                        TO EXTEND DISCLOSURE OF EXPERT
    Defendant.                  WITNESSES

_____/

        Pursuant to Local Rule 143 and 144, the parties in the above-captioned case stipulate to a two-week extension to disclose expert witnesses.  The parties have previously stipulated to extensions for this deadline to obtain records from California State Prison Corcoran (CSP-COR), where plaintiff Delbert Christopher is currently incarcerated, and to retain experts willing to travel to Corcoran and to schedule a medical exam.  In June 2011, plaintiff's medical expert examined Mr. Christopher at CSP-COR, and determined that an MRI was necessary to evaluate the injury.  Plaintiff's counsel has been coordinating with CSP-COR to receive updated medical files and a copy of the MRI.  As the parties just recently received copies of the MRI, additional time is needed for the medical experts to evaluate this material for their expert reports.

////

////

1

Currently, the deadline for expert witness disclosure is February 4, 2012, and the parties stipulate to a two-week extension, to disclose each party's experts, until February 20, 2012. This is the seventh extension sought by the parties to extend the deadline for expert disclosure.

Dated: January 31, 2012

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

By:___/s/_____ _____

INA D. CHANG

Attorneys for Plaintiff

DELBERT CHRISTOPHER

By:___/s/_____

GREGORY P. EINHORN

Attorneys for Defendant

DEPUTY VANG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties shall have until February 20, 2012, to disclose their expert witnesses.

DATED: February 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chri3584.EOT.7th