1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DELBERT CHRISTOPHER,

11           Plaintiff,                        No. 2:09-cv-3584 KJN[1] P

12        vs.

13    DEPUTY VANG,

14           Defendant.                        ORDER
                                        /

15

16           The motion for summary judgment in this matter was resolved by order filed

17    March 7, 2013.  Pursuant to this order, the court invites the parties to consider whether a

18    settlement conference may now be appropriate, and to identify proposed dates for pretrial and

19    trial proceedings.

20           Accordingly, IT IS HEREBY ORDERED that, within 30 days after the filing date

21    of this order, the parties shall file a joint statement informing the court of the following:

22           1. Whether a settlement conference should be scheduled and, if so:  (a) whether

23    the parties agree that the undersigned may preside over the settlement conference, OR request

24    _____

25           [1] Pursuant to the consent of both parties, this action proceeds pursuant to the authority of
      the magistrate judge for all purposes.  See 28 U.S.C. § 636(c); Local Rule 305(a).  (See Dkt. Nos.
26    23, 24.)

                                               1

1   that another magistrate judge do so; and (b) identify any dates within the next six months when

2   any party may not be available for a settlement conference.

3           2.  The parties shall also identify:  (a) the anticipated length of trial; and (b) any

4   dates within the next year when any party may not be available for trial or pretrial proceedings.

5           Upon review of the parties' joint statement, the court will issue an order further

6   scheduling this action.

7           SO ORDERED.

8   DATED:  April 1, 2013

9

10  _____

    KENDALL J. NEWMAN

11  UNITED STATES MAGISTRATE JUDGE

12

13  christo3584.jt.stat.rpt.

14

15

16

17

18

19

20

21

22

23

24

25

26