1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DELBERT CHRISTOPHER,

11          Plaintiff,                    No. 2:09-cv-3584 KJN[1] P

12       vs.

13   DEPUTY VANG,

14          Defendant.                    <u>ORDER</u>

                                    /
15   _____

16          Plaintiff Delbert Christopher is a state prisoner, proceeding in forma pauperis and

17   with court-appointed counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This

18   action proceeds against one defendant, Vong Vang, a Correctional Deputy with the Butte

19   County Sheriff's Office.  Defendant's motion for summary judgment was denied on March 7,

20   2012.  (Dkt. No. 57.)  Pursuant to this court's order filed April 1, 2013 (Dkt. No. 58), the parties

21   timely filed a joint status report which indicates, in pertinent part, their agreement that a

22   settlement conference be scheduled before the undersigned (Dkt. No. 59).  This order sets the

23   date and time for the settlement conference, as well as for trial, should this action so proceed.  A

24

25          [1]  Pursuant to the consent of both parties, this action proceeds pursuant to the authority of
     the magistrate judge for all purposes.  <u>See</u> 28 U.S.C. § 636(c); Local Rule 305(a).  (<u>See</u> Dkt. Nos.
26   23, 24.)

                                    1

1    separate order and writ of habeas corpus ad testificandum issues concurrently with this order, to

2    provide for plaintiff's attendance at the settlement conference.  Each party is required to file a

3    signed Waiver of Disqualification memorializing his consent to the undersigned presiding over

4    the settlement conference.

5                    In accordance with the above, IT IS HEREBY ORDERED that:

6                    1.  This case is set for a settlement conference before the undersigned on

7    **Monday, June 24, 2013, at 9:00 a.m.,** at the United States District Court, Eastern District of

8    California, 501 I Street, Sacramento, California 95814, in Courtroom  No. 25 (8th Floor).

9                    2.  Counsel for each party is required to file a signed Waiver of Disqualification

10   (attached), no later than **Friday, May 31, 2013.**

11                   3.  Defendant's lead counsel and a person with full and unlimited authority to

12   negotiate and enter into a binding settlement on defendant's behalf shall attend the settlement

13   conference in person.[2]

14                   4.  Those in attendance must be prepared to discuss the claims, defenses and

15   damages in this action.  Failure of any counsel, party or authorized person to appear in person

16   may result in the imposition of sanctions; moreover, the conference will not proceed but will be

17   reset to another date.

18   ////

19

20         [2] The term "full authority to settle" means that the individuals attending the settlement
     conference must be authorized to fully explore settlement options and to agree at that time to any
21   settlement terms acceptable to the parties. G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.,
     871 F.2d 648, 653 (7th Cir. 1989), cited with approval in Official Airline Guides, Inc. v. Goss, 6
22    F. 3d 1385, 1396 (9th Cir. 1993).  The individual with full authority to settle must also have
     "unfettered discretion and authority" to change the settlement position of the party, if appropriate.
23   Pittman v. Brinker Int'l., Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003), amended on recon. in
     part, Pitman v. Brinker Int'l, Inc., 2003 WL 23353478 (D. Ariz. 2003).  The purpose behind
24   requiring the attendance of a person with full settlement authority is that the parties' view of the
     case may be altered during the face-to-face conference. Pitman, 216 F.R.D. at 486.  An
25   authorization to settle for a limited dollar amount or sum certain can be found not to comply with
     the requirement of full authority to settle. Nick v. Morgan's Foods, Inc., 270 F. 3d 590, 596-97
26   (8th Cir. 2001).

1        5.  The parties are directed to exchange non-confidential settlement conference

2   statements **seven days prior to the settlement conference**.  These statements shall be

3   **simultaneously delivered to the Court** using the following email address:

4   kjnorders@caed.uscourts.gov.  If a party desires to share additional confidential information with

5   the Court, he may do so pursuant to the provisions of Local Rule 270(d) and (e).

6        6.  **Should this case proceed to trial, such trial shall commence on Monday,**

7   **September 23, 2013, at 9:00 a.m.**

8        SO ORDERED.

9   DATED:  May 6, 2013

10

11   _____
     KENDALL J. NEWMAN

12   UNITED STATES MAGISTRATE JUDGE

13   christo3584.set.sett.trial

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DELBERT CHRISTOPHER,

11          Plaintiff,                    No. 2:09-cv-3584 KJN P

12      vs.

13   DEPUTY VANG,

14          Defendant.                    WAIVER OF DISQUALIFICATION
     _____/

15

16          Under Local Rule 270(b) of the Eastern District of California, the parties to this

17   action affirmatively request that Magistrate Judge Kendall J. Newman preside over the settlement

     conference scheduled for **Monday, June 24, 2013.**  Because the parties have also consented to

18   the trial of this action before the same Magistrate Judge, they hereby waive any claim of

19   disqualification to Magistrate Judge Newman trying the case after presiding over the settlement

20   conference.

21

22                                         _____
                                           Signature of Plaintiff's Attorney

23                                         Dated:_____

24

25                                         _____
                                           Signature of Defendant's Attorney

26                                         Dated:_____

                                          4