# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**DELBERT CHRISTOPHER**,

      Plaintiff,           No. 2:09-cv-3584 KJN P

  vs.

**DEPUTY VANG,**

      Defendant.         **ORDER & WRIT OF HABEAS CORPUS**
                               /        **AD TESTIFICANDUM**

      **Delbert L. Christopher, inmate # D-26316**, a necessary and material witness in settlement proceedings in this case on **Monday, June 24, 2013, at 9:00 a.m.,** is confined in the custody of the **Warden at the California Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF-CSP-COR"), located at 900 Quebec Avenue, Corcoran, California 93212.**  In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate **one-half hour early** before the **Honorable Kendall J. Newman, United States District Court, Eastern District of California, 501 I Street, Courtroom No. 25 (8th Floor), Sacramento, California 95814, Monday, June 24, 2013, at 8:30 a.m.**

      **ACCORDINGLY, IT IS HEREBY ORDERED that:**

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of SATF-CSP-COR to produce the inmate named above to participate in a settlement conference in the United States District Court, at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to SATF-CSP-COR;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, California Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF-CSP-COR"), located at 900 Quebec Avenue, P.O. Box 7100, Corcoran, California 93212**:

      **WE COMMAND** you to produce this inmate at **8:30 a.m.**, to participate in settlement proceedings before the United States District Court, on the date, and at the place, noted above.

      **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED:  May 6, 2013

                                        _/s/ Kendall J. Newman_
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE